IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY A. WATSON                                   ) | |
|                                                 ) | |
|     Plaintiff,              ) | |
|                                                 ) | |
| v.                                              ) | Civil No. 1:06-cv-01594 RCL |
|                                                 ) | |
| UNITED STATES                                   ) | |
|                                                 ) | |
|     Defendant.              ) | |

<u>ORDER</u>

Having considered the United States' motion to dismiss, memorandum in support thereof, and any oppositions and replies thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

    ORDERED that the United States' motion to dismiss be and is GRANTED;

    ORDERED that Plaintiff's complaint be and is DISMISSED WITH PREJUDICE, and it is further

    ORDERED that the clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 616-9785
Facsimile: (202) 514-6966
Email: Nicole.M.Stoduto@usdoj.gov

ROY A. WATSON
Plaintiff *pro se*
1120 W 5000 S
P.O. Box 766
Provo, UT  84603