IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROY A. WATSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-01594 RCL |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

1. Robert J. & Lisa L. Welzel v. United States, Civil No. 1:06-cv-01580 RBW

2. Will H. & Mary Catherine LaRue v. United States, Civil No. 1:06-cv-01495 RBW

3. Bruce R. Travis v. United States, Civil No. 1:06-01584 RCL

4. LaVern Koerner v. United States, Civil No. 1:06-cv-01633 ESH

5. Stephen J. and Patricia Lindsey v. United States, Civil No. 1:06-cv-01409 RBW

6. Rebekah H. Miller v. United States, Civil No. 1:06-cv-01525 RMU

7. Grant North v. United States, Civil No. 1:06-cv-01516 EGS

Indeed, not only are the complaints in these cases nearly identical, but some of the plaintiffs listed above have also filed previous complaints alleging unlawful disclosure under 26 U.S.C. § 7433, and such complaints are also nearly identical to one another.

DATE: November 15, 2006

          Respectfully submitted,

           /s/ Nicole M. Stoduto
          NICOLE M. STODUTO
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 227
          Washington, D.C. 20044
          Telephone: (202) 616-9785
          Facsimile: (202) 514-6966
          Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney