IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY A. WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-01594 RCL |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, proposed ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiff *pro se* on the 15th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Roy A. Watson
Plaintiff *pro se*
1120 W 5000 S
P.O. Box 766
Provo, UT  84603


/s/ Nicole M. Stoduto
NICOLE M. STODUTO