UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY A. WATSON, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-1594 (RCL) |
| UNITED STATES, | ) |
|     Defendant. | ) |

## ORDER

Having considered the United States' Motion to Dismiss [6] the amended complaint, memorandum in support thereof, and the lack of opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this 4th day of April, 2007,

ORDERED that the United States' motion to dismiss the amended complaint is GRANTED; and it is further

ORDERED that the United States' motion to dismiss [3] the original complaint is moot; and it is further

ORDERED that plaintiff's amended complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 4, 2007.